CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTHONY LEE BOWLING, ) | |
|     Plaintiff, ) | Civil Action No. 7:16-cv-00501 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| LYNCHBURG ADULT DETENTION ) | |
| CENTER ADMINISTRATION, et al, ) | By:   Michael F. Urbanski |
|     Defendant(s). ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of November, 2016.

/s/ Michael F. Urbanski
United States District Judge